UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JENNY RAMGOOLIE, :
:
                            Plaintiff, :                22-CV-8985 (JMF)
:
         -v-                                        :               <u>ORDER OF SERVICE</u>
:
ANDY RAMGOOLIE, :
:
                        Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, has paid the filing fees to commence this action. Accordingly, the Clerk of Court is directed to issue a summons as to Defendant Andy Ramgoolie. Plaintiff shall serve the summons and Complaint on Defendant within 90 days of issuance of the summons. If, by the end of those 90 days, Plaintiff has neither served Defendant nor requested an extension of time to do so, the Court may dismiss this action under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      The Clerk of Court is directed to mail a copy of this Order, along with the issued Summons and a copy of the Complaint, to Plaintiff.

      SO ORDERED.

Dated: November 22, 2022
       New York, New York

                                                             JESSE M. FURMAN
                                                        United States District Judge